UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division

FILED APR 17 2002

| | | |
|---|---|---|
| FOGARTY VAN LINES, INC., et al. | : | |
| Plaintiffs | : | |
| vs. | : | Civil Number: AMD-01-V-4107 |
| NANCY DORSEY McKENZIE, et al. | : | |
| Defendants | : | |

**STIPULATION AND NOTICE OF DISMISSAL**

Please dismiss this matter with Prejudice. This will dismiss the entire matter as to all parties, whether or not they have appeared. Pursuant to Rule 41(a), this Stipulation is signed by counsel for all parties who have appeared in this action.

Respectfully submitted,

4/17/2002

APPROVED

By _____
JOE D. WATSON, ESQUIRE,
Bar Number 14175
98 Church Street
Rockville, Maryland 20850
(301) 309-1700
Attorney for Plaintiffs

```
```

Respectfully submitted,

QUINN, McAULIFFE & ROWAN

By *Michael M. McAuliffe /s/ xxx*
MICHAEL J. McAULIFFE/#04065
33 Wood Lane
Rockville, Maryland 20850
(301) 762-1696
Attorney for Defendant
Nancy Dorsey McKenzie